# Exhibit A

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | FILED |
| 2220 - Not Served | 2221 - Not Served | 7/27/2020 10:49 AM |
| 2320 - Served By Mail | 2321 - Served By Mail | DOROTHY BROWN |
| 2420 - Served By Publication | 2421 - Served By Publication | CIRCUIT CLERK |
| SUMMONS | ALIAS - SUMMONS | COOK COUNTY, IL |
| | | 2020L007879 (2/28/11) CCG N001 |

FILED DATE: 7/27/2020 10:49 AM 2020L007879

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

No. 2020L007879

IGNATIUS GOETZ

(Name all parties)

v.

DALE HILLER

Serve Defendant, Dale Hiller

321 South Institute Street

Colorado Springs, Colorado 80903

### ⦿ SUMMONS ⦿ ALIAS SUMMONS

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

- ⦿ Richard J. Daley Center, 50 W. Washington, Room **801**, Chicago, Illinois 60602

- ○ District 2 - Skokie
  5600 Old Orchard Rd.
  Skokie, IL 60077
- ○ District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008
- ○ District 4 - Maywood
  1500 Maybrook Ave.
  Maywood, IL 60153
- ○ District 5 - Bridgeview
  10220 S. 76th Ave.
  Bridgeview, IL 60455
- ○ District 6 - Markham
  16501 S. Kedzie Pkwy.
  Markham, IL 60428
- ○ Child Support
  28 North Clark St., Room 200
  Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 41994

Name: MDR LAW LLC / Joseph Miroballi, Esq.

Atty. for: PLAINTIFF

Address: 180 N. LaSalle Street, Ste. 3650

City/State/Zip: Chicago, IL 60601

Telephone: 312/229-5555

WITNESS, 7/27/2020 10:49 AM DOROTHY BROWN

_____ Clerk of Court

Date of service: _____,
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____
(Area Code) (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

FILED
7/27/2020 10:49 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L007879

9891502

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

IGNATIUS GOETZ,  )
        Plaintiff,  )  Case No.: 2020L007879
        )
        -vs-  )
        )
DALE HILLER,  )
        Defendant.  )

### PLAINTIFF, IGNATIUS GOETZ'S COMPLAINT AT LAW

NOW COMES the Plaintiff, IGNATIUS GOETZ, by and through his attorneys, MDR LAW LLC, and complaining of the Defendant, DALE HILLER, states as follows:

### -COUNT I-
### DEFAMATION AGAINST DALE HILLER

1. At all times relevant herein, Plaintiff, IGNATIUS GOETZ, was a resident of Cook County, Illinois.

2. At all times relevant herein, Plaintiff, IGNATIUS GOETZ, was a Police Sergeant for the Chicago Police Department.

3. At all relevant times herein, Defendant, DALE HILLER, is a resident of the City of Colorado Springs, the County of El Paso, and the State of Colorado.

4. Before Defendant, DALE HILLER's acts described below, the Plaintiff, IGNATIUS GOETZ, was a person of good reputation and was deservedly held in high esteem by person of his acquaintance, both in personal and professional capacities, and by the general public.

5. Defendant, DALE HILLER, operates a social media YouTube channel entitled "LackLuster" with approximately 68,000 subscribers.

1

6. On or about June 6, 2020, Defendant, DALE HILLER, uploaded a YouTube video entitled "What Cops REALLY Think of You," which has amassed more than 55,000 views. A link to the YouTube video is attached hereto as Exhibit "A."

7. The YouTube video depicts a video of a white, male Chicago Police Officer making a profane gesture to a group of protestors.

8. Contained within the video, Defendant, DALE HILLER, points to the Chicago Police Officer and states "And then you got Goetz [referring to Police Sergeant Ignatius Goetz] at the back flipping off the protestors."

9. Further in the video, Defendant, DALE HILLER, shares a screen of Plaintiff, IGNATIUS GOETZ's Citizens Police Data Project ("CPDP") profile. Defendant subsequently reviews Plaintiff's profile, specifically highlighting Goetz's civilian complaints.

10. By referring to Plaintiff, IGNATIUS GOETZ, within the video and by reviewing Mr. Goetz's CDPD profile, Defendant, DALE HILLER, has implicated Plaintiff as the white, male Chicago Police Officer using profane gestures to the group of protestors.

11. Contrary to Defendant, DALE HILLER's misidentification, Plaintiff, IGNATIUS GOETZ, was not the Chicago Police Officer in the described YouTube video.

12. The statements published by Defendant, DALE HILLER, of and concerning Plaintiff, IGNATIUS GOETZ, are false.

13. Therefore, Defendant's YouTube video contains false and defamatory statements about the Plaintiff, IGNATIUS GOETZ.

14. The statements published by Defendant, DALE HILLER, were published without a recognized privilege.

2

15. The statements published by Defendant, DALE HILLER, were published with knowledge that the statements were false and/or published with a reckless disregard for the truth.

16. These false statements directly contradicted Plaintiff's longstanding, demonstrated history as a prominent law enforcement officer, a loving father, and a respected and respecting member of his community. Defendant knew this, yet chose voluntarily to direct the offending accusation about Plaintiff to Illinois (and beyond) to interfere with Plaintiff's established personal and professional relationship. Some of the recipients of the false information are known and identifiable to Plaintiff (such as his daughter and various work colleagues); however, the true nature and extent of the damage cannot be assessed absent some discovery.

17. Plaintiff was greatly concerned and humiliated by the false accusations, but he did his best to explain the situation to his daughter. Still, Defendant's conduct had (and has) a demonstrable impact on Plaintiff's relationship with his family and professional circles.

18. The statements published by Defendant, DALE HILLER, are damaging to Plaintiff, IGNATIUS GOETZ, insofar as they impute Sergeant Goetz's ability to discharge his duties of his employment as a Chicago Police Sergeant.

19. The statements published by Defendant, DALE HILLER, are damaging to Plaintiff, IGNATIUS GOETZ, insofar as they prejudice Sergeant Goetz in his profession as a Chicago Police Sergeant.

20. Reasonably understood, Defendant's offending statements constitute *per se* defamation where Defendant's false publicity amounted to (a) an implication that Plaintiff is guilty of serious and reprehensible criminal conduct; and (b) an imputation that Plaintiff

3

exhibited a want of integrity in his business dealing and a lack of competency in his employment.

21. Defendant's unprivileged publication of these false accusations severely impaired Plaintiff's personal and professional reputation, in the community where he lives and works, and beyond, and it resulted in emotional distress, humiliation, embarrassment and mental suffering. Plaintiff also suffered damages, including, but not limited to lost income and opportunities, as well as damage to his future earning capacity.

WHEREFORE the Plaintiff, IGNATIUS GOETZ, prays that judgment be entered against Defendant, DALE HILLER, for actual and punitive damages sufficient to compensate for the damages caused by Defendant, DALE HILLER's publication of false statements, and to deter the Defendant and others from similar behavior in the future, and any such additional amounts as the jury and the court shall deem proper, and additionally, costs of said suit.

### -COUNT II-
### FALSE LIGHT PRIVACY

1-21. Plaintiff incorporates paragraphs 1 through 21 of "Count I" as and for his allegations in paragraphs 1 through 21 of this Count II.

22. Defendant, DALE HILLER, published the aforementioned YouTube video with knowledge of its falsity or with reckless disregard of the falsity of the published matter, and with the intention to place Plaintiff, IGNATIUS GOETZ, in a false light, and with knowledge of the false light in to which Plaintiff, IGNATIUS GOETZ, would be placed.

23. As a direct and proximate result of the publication of Defendant, DALE HILLER's YouTube video, Plaintiff, IGNATIUS GOETZ, was placed in a false light that would be and was offensive to reasonable people, and Plaintiff, IGNATIUS GOETZ, was justified and did feel seriously offended and aggrieved by the publicity.

4

FILED DATE: 7/27/2020 10:49 AM    2020L007879

24. As a direct and proximate result of the libelous statements of Defendant, DALE HILLER, the Plaintiff, IGNATIUS GOETZ, has suffered harm to his personal and professional reputation, humiliation and extreme emotional distress and mental suffering.

WHEREFORE the Plaintiff, IGNATIUS GOETZ, prays that judgment be entered against Defendant, DALE HILLER, for actual and punitive damages sufficient to compensate for the damages caused by Defendant, DALE HILLER's publication of false statements, and to deter the Defendant and others from similar behavior in the future, and any such additional amounts as the jury and the court shall deem proper, and additionally, costs of said suit.

Respectfully Submitted,
**MDR LAW LLC**

By: _____
One of the Attorneys for the Plaintiff

Attorney Firm No.: 41994
Joseph J. Miroballi, Esq.
Michael R. Riss, Esq.
MDR LAW LLC
180 North LaSalle Street, Suite 3650
Chicago, Illinois 60602
Telephone: (312)-229-5555
Facsimile: (312)-229-5556
Email: joe@mdr-law.com
Email: mike@mdr-law.com

5

FILED
7/27/2020 10:49 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L007879

YouTube Title: What Cops REALLY Think of You

Link to Video: https://www.youtube.com/watch?v=w14XKgQZsng


EXHIBIT A

FILED
7/27/2020 10:49 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L007879

9891502

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

IGNATIUS GOETZ, )
    Plaintiff, )
        -vs- ) Case No.: 2020L007879
DALE HILLER, )
    Defendant. )

## AFFIDAVIT

I, Joseph J. Miroballi, Esq., being first duly sworn on oath, deposes and states that if I were called upon to testify, I would do so as follows:

1. That I am an attorney at law licensed to practice in the State of Illinois.

2. That I am an Attorney with the law form MDR LAW LLC, attorney of record for the Plaintiff, IGNATIUS GOETZ.

3. That based upon the information available to me at the present time, the total amount of money damages sought in this matter exceeds $50,000.00.

4. That this Affidavit is submitted in compliance with Illinois Supreme Court Rule 222(b).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

                                                                Joseph J. Miroballi, Esq.

SUBSCRIBED AND SWORN TO
Before this 20 day of July, 2020

NOTARY PUBLIC

ARIEL L. LEMATTY
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
October 29, 2023