# **Exhibit B**

# RETURN OF SERVICE NOTE

El Paso County Sheriff
27 E. Vermijo Avenue
Colorado Springs, CO 80903
8/4/20

Case Number: 20L7879

Rcv date/time:  8/3/2020 10:29 AM

Court: CIRCUIT COURT COOK COUNTY ILLINOIS

County: EL PASO
State:   CO

Service Number: 20003293

FILED
9/1/2020 1:32 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L007879

Court Date:

Serve: DALE HILLER

10304217

Served Date: 8/4/2020
Service Time: 8:00:00 AM

Deputy: BILLY MAESTAS

Address: 321 SOUTH INSTITUTE STREET
COLORADO SPRINGS, CO 80903

Writ(s):
**ALIAS SUMMONS, COMPLAINT AT LAW, AFFIDAVIT,
EXHIBIT**

Served Name: DALE HILLER

**IGNATIUS GOETZ**
**Vs**
**DALE HILLER**

Personally deliver to person to serve or to a business

MDR LAW LLC
180 NORTH LASALLE STREET STE 3650
CHICAGO, IL 60601

Final Status:        SERVED
Fees Paid:           36.50
Final Fees:          $36.50
Refund Amt:                      Refund Check #
Clerk:               A.O.
Amt Due:             $0.00

FILED DATE: 9/1/2020 1:32 PM    2020L007879

Return of Service

State of Colorado
County of El Paso
Case Number:  20L7879

Plaintiffs                        vs.        Defendants
  IGNATIUS GOETZ                               DALE HILLER

DEPUTY  BILLY MAESTAS is  sworn upon oath to be over the age of eighteen years; is not a
party to the within action; is an employee of the Sheriff's Office in and for the County of El
Paso, State of Colorado; and has duly served the within

ALIAS SUMMONS, COMPLAINT AT LAW, AFFIDAVIT, EXHIBIT

to DALE HILLER: by personally handing a true copy to and leaving the same with.

| PERSON TO BE SERVED | PLACE OF SERVICE | DATE AND TIME |
|---|---|---|
| DALE HILLER | 321 SOUTH INSTITUTE STREET COLORADO SPRINGS, CO 80903 | 8/4/2020 8:00 AM |

Sheriff Costs:   $36.50

Service Number:     20003293

WILLIAM D. ELDER, SHERIFF

DEPUTY BILLY MAESTAS

CO_ElPaso_POS_PersonalService.dot   AO 8/4/2020 1:48 PM