**YouTube Title**: "What Cops REALLY Think Of You"

**Link to Video**: https://www.youtube.com/watch?v=w14XKgQZsng



EXHIBIT A