**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IGNATIUS GOETZ, | |
| Plaintiff, | Case No. 1:20-cv-05167 |
| v. | |
| DALE HILLER, | Hon. Mary M. Rowland |
| Defendant | Magistrate Judge Hon. Susan E. Cox |

**AGREED ORDER OF DISMISSAL**

The parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction. The parties have requested the Court to retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 381-82 (1994).

**IT HIS HEREBY ORDERED:**

1.  The parties shall comply with the signed settlement agreement of March 7, 2021. The parties expressly waive their rights under Federal Rule of Civil Procedure 65(d) to the extent Rule 65(d) requires this order to be specific in terms or to describe in reasonable detail and without reference to the settlement agreement, the act or acts to be restrained.

2.  By consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of the settlement agreement.

3.  This case is dismissed without prejudice with leave to reinstate on or before June 7, 2021 for the purpose of enforcing the settlement. This Agreed Order of Dismissal is entered without prejudice in order to allow the Court to enforce the settlement agreement. The parties are barred from relitigating any claims raised in this litigation or any claims released by means of the settlement agreement.

4.  In the event a motion to reinstate or motion to enforce settlement is not filed on or before June 7, 2021, the Court shall relinquish jurisdiction and the case shall be deemed dismissed with prejudice without further order of the Court. Each party shall bear its own attorney's fees and costs.

Dated: March 15, 2021


By: /s/ Joseph J. Miroballi
Joseph J. Miroballi, Esq.
Michael R. Riss, Esq.
MDR LAW LLC
180 North LaSalle Street, Suite 3650
Chicago, Illinois 60601
Telephone: (312)-229-5555
Facsimile: (312)-229-5556
Service Email: joem@mdr-law.com
Service Email: mike@mdr-law.com
*Attorneys for Plaintiff*

By: /s/ Ari Z. Cohn
Ari Z. Cohn (#6303077)
5315 N. Clark St., Suite 152
Chicago, Illinois 60640
Telephone: (312) 262 – 2090
Email: attorney@aricohn.com
*Attorney for Defendant*


**SO ORDERED:**

_____ 3/16/2021